The People of the State of New York, Respondent, v. Joseph Robarge, Appellant.

(Submitted April 25, 1932; decided May 3, 1932.)

*Howard B. Donaldson, District Attorney,* for motion.
No one opposed.

Motion granted and appeal dismissed.